UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. 2:24-cv-00005-DAD-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a).

Plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00. Plaintiff's complaint alleges that jail officials have frustrated his ability to submit an in forma pauperis application or the filing fee in two other federal actions he has brought. ECF No. 1. If plaintiff faces similar issues in this action, he may request that the court take judicial notice of his in forma

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

pauperis applications submitted in another action, as was done by the court in *David Bennett v. Monroe Detention Center, et al.*, E.D. Cal. Case No. 2:22-cv-02157-DP (judicially noticing application in *Bennett v. Newsom*, 2:23-cv-00040-DAD-CKD P and granting in forma pauperis status based thereon) or submit a notice to the court containing facts showing the steps he has taken to either file an in forma pauperis application or pay the filing fee and the reasons why he has been unable to do so.

    Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of this action.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, the required fees in the amount of $405.00, or the notice described above detailing steps taken to submit the application or fees; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: May 14, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE