UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:24-cv-00005-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 6, 8) |

Plaintiff David Bennett is a state jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 22, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's pending motion for a preliminary injunction (Doc. No. 6) be denied. (Doc. No. 8.) In particular, the magistrate judge found that plaintiff had not advanced any argument or offered any evidence concerning the merits of his claim, the balance of equities, or the public interest at stake that would justify the issuing of a preliminary injunction. (*Id.* at 6–7.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 7.) On August 30, 2024, plaintiff filed a motion for the appointment of a guardian ad litem, a motion for

extension of time to file objections, and a motion for preliminary injunction which also contained his objections to the pending findings and recommendations. (Doc. No. 11.)

Plaintiff's objections are difficult to decipher but appear to allege that plaintiff had been tased to the point of death during prior interactions with police. (*Id.* at 2.) However, this contention does not meaningfully address the deficiencies identified by the magistrate in plaintiff's pending civil rights complaint, in which plaintiff alleges that defendants are denying him access to the courts. (Doc. Nos. 1 at 3–5; 8 at 6–7.) Plaintiff also appears to raise a separate allegation in his objections that he is receiving unequal treatment on account of his race. (Doc. No. 11 at 2.) While the undersigned recognizes that plaintiff's allegation, if advanced with some degree of specificity and clarity, could conceivably give rise to a cognizable § 1983 claim different from the one now before this court, such allegations do not provide a reason to reject the magistrate judge's findings and recommendations recommending that the pending motion for a preliminary injunction be denied.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 22, 2024 are adopted;
2. Plaintiff's motion for preliminary injunction (Doc. No. 6) is denied;
3. Plaintiff's motion for an extension of time to file objections (Doc. No. 11) is denied as moot;
4. Plaintiff's motions for appointment of guardian *ad litem* and for a preliminary injunction (Doc. No. 11) are referred back to the assigned magistrate judge for further proceedings; and

/////
/////
/////
/////

5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **December 3, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3