UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No. 2:24-cv-00005-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF A GUARDIAN *AD LITEM*, APPOINTMENT OF COUNSEL, AND FOR A TEMPORARY RESTRAINING ORDER BE DENIED<br><br>(Doc. Nos. 10, 11, 12, 15, 16) |

Plaintiff David Bennet is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for appointment of a guardian *ad litem,* for appointment of counsel, and for a temporary restraining order be denied. (Doc. No. 16.) Specifically, the magistrate judge concluded that appoint of a guardian *ad litem* or counsel on behalf of plaintiff was not appropriate for a number of reasons, including that plaintiff has not stated viable claims in this action, nor shown any reason to believe that this case has merit. (*Id.* at 4–7.) With regard to plaintiff's motions for a preliminary injunction, the magistrate judge concluded that plaintiff

1

had failed to make the required showing necessary for the granting of that relief, was seeking an order that did not relate to the claims presented in his complaint in this action, was seeking that preliminary relief from individuals not named as defendants and sought relief related to issues at a facility where he was no longer being held. (*Id.* at 3–4.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 7.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed August 12, 2025 (Doc. No. 16) are ADOPTED IN FULL;

2. Plaintiff's motions for the appointment of counsel and/or a guardian *ad litem* (Doc. Nos. 10, 11, 12, and 15[1]) are DENIED;

3. Plaintiff's motions for preliminary injunctive relief (Doc. Nos. 10 and 11) are DENIED;

4. Plaintiff is directed to file his amended complaint within 30 days of the date of this order and is warned that any failure to do so may result in dismissal of this action; and

5. This case is REFERRED back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] This motion for appointment of counsel was filed after the pending findings and recommendations were issued. (Doc. No. 15.) It is denied for the same reasons explained in the findings and recommendations addressing the earlier filed motions for appointment of counsel.

2